# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS PIMENTEL,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 3:20-CR-45-CAR-CHW-1 |
| | : | Case No. 3:24-CR-59-CAR-CHW |
| **UNITED STATES OF AMERICA,** | : | 28 U.S.C. § 2255 |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Order and Recommendation to deny Petitioner Juan Carlos Pimentel's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Order and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Order and Recommendation [Doc. 209] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. As set forth in the Order and Recommendation, because the record fails to support any of Petitioner's claims for ineffective assistance of counsel, and he cannot show his attorney's performance was

1

deficient or that the outcome of his case was prejudiced because of his attorney's performance, Petitioner's petition [Doc. 204] is **DENIED**. Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right or "demonstrate that reasonable jurists would find the district court's assessment of the constitutional right debatable or wrong,"[1] a certificate of appealability is **DENIED**.

**SO ORDERED,** this 9th day of April, 2025.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).